7jgmtwoh (7/12)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:* Carolyn S. Ryan
*Debtor*

*Bankruptcy Case No.*
14–42670–drd7

**United States of America**
   Plaintiff(s)

*Adversary Case No.*
14–04133–drd

v.

**Carolyn S. Ryan**
   Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Debtor–Defendant and the United States stipulate that Debtor–Defendants debt to SSA is not dischargeable, and that the Court shall enter judgment in the amount of $12,812.30.



Ann Thompson
Court Executive

By: /s/ Kim McClanahan
    Deputy Clerk

Date of issuance: 11/21/14

Court to serve